ROBERTS, J., specially concurring. It is well known to mothers and teachers that “BB guns are dangerous. You’ll shoot your eye out.”[1] A BB gun is a gun that relies on either á spring or compressed gas to propel a .177 caliber' (4.5 millimeter) steel sphere out the barrel and downrange to the target.[2] The BBs weigh one-third of a gram and have muzzle velocities between 350 and 600 feet per second.[3] At these velocities, the relatively dense BB can easily penetrate an eyeball and has been known to penetrate some victims’ skulls producing brain injury or even death.[4] This airsoft gun, on the other hand, fired a six millimeter (.243 caliber) plastic projectile “anywhere between 290 and 315 feet per second.” [5] These projectiles are typically less than one-fourth of a gram.[6] The lighter weight, lower velocity, and larger size of the airsoft projectiles consequently have much less striking and penetrating power than a BB fired from a BB gun. Other than welts on the skin, the only serious injuries ever reported for airsoft guns are eye injuries. Most of these eye injuries are non-penetrating and usually result in full recovery; however,, penetration with loss of eyesight has occurred.[7] The jury was required to determine whether the gun used in this case was a weapon as defined in the Florida Standard Jury Instruction. Dale v. State, 703 So.2d 1045, 1046 n.1 (Fla. 1997). A weapon is defined as “any object that could be used to cause death or inflict serious bodily harm.” Id. at 1047; Fla. Std. Jury Instr. (Crim.) 15.1. Defense counsel’s failure to determine that the gun used in this crime was an airsoft gun rather than a BB gun and to present that information to the jury was deficient. Given the significant difference in energy and wounding potential between a BB gun and an airsoft gun, it is likely that the jury would have reached a different result. If counsel had thoroughly investigated the weapon used, he may have been able to effectively bring out these differences through cross-examination and show that the weapon was not being used in a way that would inflict serious bodily harm. . A Christmas Story (MGM/UA Entertainment Co. 1983). . Wikipedia, http://en.wikipedia.org/wiki/BB_ gun (last visited Aug. 2, 2017). . Id. . See BB and Pellet Gun-Related Injuries— U.S., June 1992-May 1994, Morbidity and Mortality Weekly Report (December 15, 1995) http://www.cdc.gov/mmwr/preview/ mmwrhtml/00039773.htm (sixteen year old sustained a severe midbrain injury after shooting the BB through the roof of his mouth); Boy, 10, dies after his brother accidentally shoots him in the head with a BB gun at close range; Daily Mail Reporter (March 21, 2013, 5:31 PM) http://www.dailymail.co.ult/ news/article-2297127/Boy-10-dies-brother accidentally-shot-head-BB-gun.html (boy dies after being shot from six inches away, above his right ear, which penetrated his skull). . This was testified to by Josh Wright. . Wikipedia, https://en.wildpedia.org/wiki/ Airsofi—pellets (last visited August 3, 2017). . Tarek A. Shazly, MD, & A. K. Al-Hussaini, MD, Pediatric Ocular Injuries From Airsoft Toy Guns, 49 J. of Pediatric Ophthalmology & Strabismus 54, 54-57 (2012) (review of ocular injuries to children from airsoft guns).